UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

BRENDON SCHOONOVER,
    Plaintiff,

vs.

SHERIFF K.R. ROGERS, et al.,
    Defendants.

Case No. 1:18-cv-302
Dlott, J.
Litkovitz, M.J.

**ORDER**

This matter is before the Court following an informal telephone discovery conference held on September 4, 2018. For the reasons stated on the record, the Court **ORDERS** the following:

1. The parties shall inform the Court of the date and time of the upcoming visit to the Adams County Jail. The Court will be available should any questions arise during the jail visit.

2. Plaintiff shall be permitted to bring two cameras and a measuring tape to the jail visit.

3. Pursuant to Fed. R. Civ. P. 34, plaintiff shall be permitted to inspect and photograph the following areas of the jail during the visit:

    a. The cell where the alleged beating took place.

    b. Areas outside of the above-mentioned cell.

    c. Areas where monitors receive video feed of the above-mentioned cell.

    d. Areas where the two defendant deputies would have been stationed or on duty during the relevant time frame of the beating.

**IT IS SO ORDERED.**

Date: 9/5/18

Karen L. Litkovitz
United States Magistrate Judge