**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DISVISION**

| | | |
|---|---|---|
| Brendon Schoonover, | : | Case No. 1:18 cv 00302 |
| Plaintiff, | : | Judge Susan J. Dlott |
| | : | Magistrate Judge Karen L. Litkovitz |
| vs. | : | |
| Sheriff Rogers, et al. | : | |
| Defendants. | : | |

## ORDER

This matter is before the Court on Defendants' Motion for Leave to Depose Third-Party Witness Kelly Mason (ECF No. 37). For the reasons stated in the Motion, and for good cause shown, Defendants' Motion for Leave to Depose Third-Party Witness Kelly Mason is hereby **GRANTED.** In accordance with Fed. R. Civ. P. 30(a)(2)(B), the Court grants Defendants leave to depose Mr. Mason at Allen Correctional Institution on August 20, 2019.

**IT IS SO ORDERED.**

_8/8/19_
Date

_Karen L. Litkovitz_
**KAREN L. LITKOVITZ**
**UNITED STATES MAGISTRATE JUDGE**