# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DISVISION

| | | |
|---|---|---|
| Brendon Schoonover, | : | Case No. 1:18 cv 00302 |
| Plaintiff, | : | Judge Susan J. Dlott |
| | : | Magistrate Judge Karen L. Litkovitz |
| vs. | : | |
| Sheriff Rogers, et al. | : | |
| Defendants. | : | |

## ORDER

This matter is before the Court on Defendants' Motion for Leave to Depose Third-Party Witness Clinton Waters (ECF No. 38). For the reasons stated in the Motion, and for good cause shown, Defendants' Motion for Leave to Depose Third-Party Witness Clinton Waters is hereby **GRANTED.** In accordance with Fed. R. Civ. P. 30(a)(2)(B), the Court grants Defendants leave to depose Mr. Waters at Toledo Correctional Institution on September 3, 5, 11 or 12, 2019.

**IT IS SO ORDERED.**

8/8/19
Date

KAREN L. LITKOVITZ
UNITED STATES MAGISTRATE JUDGE